JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS HOWARD,<br><br>  Petitioner,<br><br>  v.<br><br>OAK SMITH, Warden,<br>California State Prison at San Quentin,<br><br>  Respondent. | Case No. 5:23-cv-00705-FWS (KES)<br><br>[~~PROPOSED~~] **ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS WITHOUT PREJUDICE** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that the parties' joint motion for voluntary dismissal without prejudice of the petition for writ of habeas corpus is GRANTED. The action is hereby DISMISSED.

DATED: _January 30, 2025_____     By _____
                                        HON. KAREN E. SCOTT
                                        United States Magistrate Judge